IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

YASHICA PEASTER                                                                                      PLAINTIFF

v.                                   Case No. 4:20-cv-00153-LPR

SPINNAKER INSURANCE COMPANY                                                          DEFENDANT

## JUDGMENT

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in Ms. Peaster's case are dismissed with prejudice.

IT IS SO ADJUDGED this 3rd day of February 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE